# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE GOTTSCHALL | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE DENLOW |
|---|---|---|---|
| CASE NUMBER | 02 GJ 1491 | DATE | JUNE 18, 2008 |
| CASE TITLE | US v. DARRELL RODGERS, HENRY TATE & SANDRA BOWDEN | | |

[In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MOTION:

08CR 483

**GRAND JURY PROCEEDING**

The Grand Jury for the _____SPECIAL MARCH 2007_____ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____Arlander Keys_____

DOCKET ENTRY:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ALL DEFENDANTS.

FILED
JUN 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE  (ONLY IF FILED
OR MAGISTRATE JUDGE   UNDER SEAL)

| | | Number of notices | DOCKET# |
|---|---|---|---|
| | No notices required, advised in open court. | | |
| | No notices required. | Date docketed | |
| | Notices mailed by judge's staff. | Docketing dpty. initials | |
| | Notified counsel by telephone. | | |
| | Docketing to mail notices | Date mailed notice | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | Mailing dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | |