UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  08 CR 483 |
| | ) | Hon. Joan B. Gottschall |
| DARRELL RODGERS, et al. | ) | |

AMENDED NOTICE OF MOTION

To:

**Steven Shobat**
53 West Jackson
Suite 1603
Chicago, IL 60604

**George Pappas**
Three First National Plaza
Suite 3700
Chicago, IL 60602

**John Scott Arthur**
14315 South 108th
Orland Park, IL 60467

PLEASE TAKE NOTICE that on September 4, 2008, at 9:30 a.m., I will appear before the Honorable Joan B. Gottschall in Courtroom 2325 at the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and present the attached **UNOPPOSED MOTION OF THE UNITED STATES FOR PROTECTIVE ORDER**, a copy of which is attached and hereby served upon you

s/ Matthew M. Getter
MATTHEW M. GETTER
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois  60604
(312) 886-7651